IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARNA CONSHIPPING, S.L., | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | CV-09-0027-KD-C |
| | § | |
| 1,800 METRIC TONS, MORE OR LESS OF ABANDONED STEEL, | § | |
| | § | |
| Defendant. | | |

## ORDER AUTHORIZING WARRANT FOR ARREST OF CARGO

This matter came before the Court on January 16, 2009 for a hearing on plaintiff, Barna Conshipping, S.L.'s, motion for order authorizing warrant for arrest (doc. 3).  Present at the hearing were Allen E. Graham, Esq., and Grady Williams, IV, Esq., counsel for plaintiff.

Upon reading the Verified Complaint and Amended Complaint for issue of warrant for arrest, and good cause appearing therefore, the motion is GRANTED[1] and it is hereby:

ORDERED that the Clerk issue a warrant of arrest pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that any person claiming an interest in the property arrested pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an order requiring Plaintiff to show cause forthwith why the arrest should

---

[1] Plaintiff's motion is granted pursuant to Rule C of the Supplemental Rules of Admiralty and based on Exhibit E to plaintiff's amended complaint (doc. 8) which outlines charges allegedly owed on cargo unloaded in Norfolk, Virginia as well as plaintiff's representation that it incurred $15,000 in damages today.

not be vacated or other relief granted; and it is further

ORDERED that a copy of this order be attached and served with the said warrant of arrest.

DONE this the 16<u>th</u> day of January 2009.

/s/ Kristi K. Dubose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**