IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARNA CONSHIPPING, S.L., | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | CV-09-0027-KD-C |
| | § | |
| 1,800 METRIC TONS, MORE OR LESS OF ABANDONED STEEL, | § | |
| | § | |
| Defendant. | § | |

**ORDER APPOINTING SUBSTITUTE CUSTODIAN**

This matter is before the Court on plaintiff, Barna ConShipping, S.L., motion to appoint Norton Lilly International as Substitute Custodian. (doc. 7) Plaintiff seeks an order from the Court appointing Norton Lilly International as substitute custodian for 1,800 Metric Tons of Abandoned Steel, More or Less, presently located on board the M/V SATURNUS and more fully described in Exhibits A, B, C, and D to the Verified Complaint.[1] The Court has reviewed the motion and finds it is due to be granted.

It is, therefore **ORDERED** that the United States Marshal is authorized and directed to surrender possession of the 1,800 Metric Tons More or Less, of Abandoned Steel to Norton Lilly International upon offloading of said cargo from the M/V SATURNUS at Alabama State Docks, and that upon surrender the Marshal shall be discharged from his duties and responsibilities for the safekeeping of the vessel; and

---

[1] By separate order, the Court has directed the Master of the Vessel to bring the M/V SATURNUS to the next available berth at the Alabama State Docks and to take the necessary steps to allow the cargo to be offloaded from the Vessel.

It is further **ORDERED** that Norton Lilly International, is appointed substitute custodian for 1,800 Metric Tons More or Less, of Abandoned Steel on board the M/V SATURNUS and to retain said cargo in its custody pursuant to the warrant of arrest until further order of this court.

DONE this 16th day of January 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**