IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARNA CONSHIPPING, S.L., | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | CV-09-0027-KD-C |
| 1,800 METRIC TONS, MORE OR LESS OF ABANDONED STEEL, | § | |
| | § | |
| Defendant. | | |

**ORDER**

This matter is before the Court on plaintiff, Barna ConShipping, S.L.'s, "Motion for Writ of Maritime Attachment and Garnishment" (doc. 48) filed March 13, 2009. Upon consideration, the motion is denied for failure to comply with Rule B(1)(b) of the Supplemental Rules of Admiralty. See Board of Com'rs of Orleans Levee Dist. v. M/V BELLE OF ORLEANS, 535 F.3d 1299 (11th Cir. 2008).

DONE this 17th day of March 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1